# United States Court of Appeals
## For the First Circuit

No. 12-2194

MICHELLE KOSILEK,

Plaintiff, Appellee,

v.

LUIS S. SPENCER, Commissioner of the
Massachusetts Department of Correction,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 17, 2014 is amended as follows:

Page 35, line 4: Replace "Buckner" with "Butner".

Page 35, line 4: After "North Carolina" and before the period, insert a parenthetical that reads: "(the record refers to Buckner, North Carolina; however, the correct name of the town is Butner)".

On page 114, footnote 43: replace "see ante at 85" with "see ante at 86"

On page 115, footnote 44: replace "See ante at 85-86" with "See ante at 86-87"